NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL PERODIN,<br><br>   Petitioner,<br><br>v.<br><br>WALTER MILLER, Warden,<br><br>   Respondent. | Case No. CV 11-4172-R (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. On May 25, 2012, the Court received and filed a document entitled "Objection to Respondent's Motion to Dismiss" ("Objection"). It appears that Petitioner mailed the Objection on May 16, 2012, before the R&R was filed, and that it was intended to be an Opposition to Respondent's Motion to Dismiss. The Court has considered it as such, has reviewed the R&R de novo, and concludes that even if the Objection had been received prior to the issuance of the R&R, it would have had no effect on the recommendation or the Court's ultimate decision. The Court accepts the findings and recommendations of the Magistrate Judge.

1  IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted and that
2 Ground Four be dismissed without prejudice. Respondent shall file an Answer to Grounds
3 One through Three of the Petition within twenty (20) days of the filing of this Order.

6 DATED: June 27, 2012

                MANUEL L. REAL
                UNITED STATES DISTRICT JUDGE