# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL PERODIN,<br><br>        Petitioner,<br><br>        v.<br><br>WALTER MILLER, Warden,<br><br>        Respondent. | Case No. CV 11-4172-R (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:   October 29, 2013

                                       MANUEL L. REAL
                           UNITED STATES DISTRICT JUDGE